IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>AARON THOMAS,<br><br>                    Defendant. | CRIMINAL ACTION<br>NO. 12-483 |

## **ORDER**

**AND NOW**, this 26th day of October 2023, upon consideration of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 30), the Government's Response in Opposition to Defendant's Motion to Reduce Sentence (Doc. No. 31) and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Reduce Sentence (Doc. No. 30) is **DENIED.**

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.